# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Stanley Black & Decker, Inc. v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Case Number: 20-cv-06808

An appearance is hereby filed by the undersigned as attorney for:
#1 thiss1418, #2 yunfm2020, #13 chingtywell, #19 yun169, #20 yuntuo201818, #23 onfly6688, #38 toolpower416, #64 batteryfactoryoutlet.com, #65 batterybatterybattery.com, #66 www.eplusbatteries.com, #67 www.batteriesup.com, #68 vanonbatteries.com, and #70 shgeenbatteries.com,

Attorney name (type or print): Christopher Keleher

Firm: The Keleher Appellate Law Group, LLC

Street address: 1 East Erie Street, Suite 525

City/State/Zip: Chicago, Illinois 60611

Bar ID Number: 6277771
(See item 3 in instructions)

Telephone Number: 312-448-8491

Email Address: ckeleher@appellatelawgroup.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 18, 2021

Attorney signature:  S/ Christopher Keleher
         (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015