IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Stanley Black & Decker, Inc. et al.,

Plaintiff(s),

v.

The Partnerships and Unincorporated
Associations Identified on Schedule
"A"       ,

Defendant(s).

Case No.  20-cv-06808
Judge Robert M. Dow

## <u>ORDER</u>

Telephone status and motion hearing held.  Plaintiff's motion for default judgment as to certain Defendants [26] is granted, with Defendant XG Power carved out of the scope of the relief.   Signed order to follow.  Defendant XG Power's request for leave to file answer instanter [37] is granted.  Defendant 1topmall's motion for extension of time [31] an Defendants batterybatterybattery.com, et al.'s motion for extension of time [34] are stricken as moot pursuant to settlement.  If Plaintiff and Defendant XG Power have reached a settlement by 2/23/2021, then they are directed to file a joint status report including a discovery plan.
:02 sh
:03 mh

Date:  1/21/2021                    /s/ Judge Dow _____